UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　Plaintiff　　　　　)<br>　　　　　　　　　　　　　　　)<br>vs.　　　　　　　　　　　　　)<br>Jose Barajas-Gonzalez, et al. )<br>　　　　　　　　　　　　　　　)<br>　　　　　　Defendant(s)　　　)<br>_____) | CRIMINAL NO. 08CR377-JM<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 07081298 |

On order of the United States District/Magistrate Judge, **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court)).

Cristobal Ramirez-Montes

DATED: 2-14-08

**NITA L. STORMES**
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
　　　　　DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____
　　　Deputy Clerk